**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| SANG TRAN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. CIV-26-392-PRW |
| | ) | |
| F. FIGUE, | ) | |
| | ) | |
| Respondents. | ) | |

**ORDER**

Before the Court is Magistrate Judge Chris M. Stephens' Report and Recommendation (Dkt. 6), recommending that Petitioner's 28 U.S.C. § 2254 petition be dismissed without prejudice for failure to comply with the Court's order and rules. Petitioner has not filed any objections, and the deadline to do so was May 1, 2026.[1]

Magistrate Judge Stephens concluded that the Petition for Writ of Habeas Corpus was deficient in that it "fail[ed] to specify any grounds for relief or provide any factual support."[2] In light of its deficiencies, Magistrate Judge Stephens ordered Petitioner to "use the Court-approved form and file an amended petition that provides more information regarding the factual basis for his requested relief and names the proper respondent(s)," no later than March 26, 2026.[3] The Court also warned Petitioner that failure to cure the

[1] R&R (Dkt. 6), at 5.

[2] R&R (Dkt. 6), at 1.

[3] *Id.*

deficiencies "may result in dismissal."[4] As of this date, Petitioner has not filed an amended petition, nor has Petitioner attempted to show good cause for his failure to comply or requested an extension of time to comply. Magistrate Judge Stephens therefore recommends dismissal pursuant to the Court's inherent authority to manage its own affairs,[5] and its authority under Federal Civil Rule of Procedure 41(b) to dismiss an action if the petitioner "fails to prosecute or to comply with [the rules of civil procedure] or a court order."[6] Alternatively, Magistrate Judge Stephens recommends that the Petition (Dkt. 1) be dismissed under Rules 2(c) and 4 of the Rules Governing 28 U.S.C. § 2254 Cases for failure to state a claim.[7]

Having reviewed the Report and Recommendation and Petitioner's objections *de novo*, the Court agrees with the Report and Recommendation's reasoning and conclusions. Accordingly, the Court **ADOPTS** the Report and Recommendation (Dkt. 6) in full and **DISMISSES** the Petition (Dkt. 1) without prejudice.

**IT IS SO ORDERED** this 24th day of August 2026.

PATRICK R. WYRICK
UNITED STATES DISTRICT JUDGE

[4] *Id.*

[5] *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630–31 (1962).

[6] Fed. R. Civ. P. 41(b).

[7] R&R (Dkt. 6), at 4.